No. 231 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

COMMONWEALTH of Pennsylvania,
Respondent

v.

Durwin GODWIN, Petitioner

No. 254 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

468

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**